# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jeremiah Nicholls, Walter Goodrow, Wesley Dinsmore, and Richard Ruppert<br>　　　Plaintiffs,<br><br>　　　v.<br><br><br>Veolia Water Contract Operations USA, Inc.<br>　　　Defendant, | CIVIL ACTION<br>NO. 3:22-cv-30034-MGM |

## JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, D.J.**

[ ]　**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED**
**JUDGMENT** entered for the Defendant Veolia Water Contract Operations USA, Inc. against the Plaintiff's Jeremiah Nicholls, Walter Goodrow, Wesley Dinsmore, and Richard Ruppert, pursuant to the court's order entered this day.

　　　　　　　　　　　　　　　　　　　　　　　　**ROBERT M. FARRELL**,
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: September 26, 2024,　　　　　　By /s/ *Tyler Lendon*
　　　　　　　　　　　　　　　　　　　　　Tyler Lendon
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk